# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142077

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

            SC: 142077
            COA: 299427
            Ingham CC: 96-071031-FC

CEDRICK JAMES SAMS,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the October 13, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

h0418